UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS COMMERCIAL INSURANCE COMPANY a/s/o ARLENA APISA,<br><br>Plaintiff,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC., and DOES 1 through 10, inclusive,<br><br>Defendant(s). | CASE NO.: 2:12-CV-04642-SVW (MANx)<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Judge:           Hon. Stephen V. Wilson<br>Complaint Filed:   5/29/12 |

JS-6

**IT IS HEREBY ORDERED** that Plaintiff, TRAVELERS COMMERCIAL INSURANCE COMPANY a/s/o ARLENA APISA ("Plaintiff")'s Complaint against Defendant, ELECTROLUX HOME PRODUCTS, INC., in the above-captioned matter, is dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

September 20, 2012

_____
The Honorable Stephen V. Wilson
U.S. District Court Judge

---

1
STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE